IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JEANNIE MARIE O'NEILL,<br>    Plaintiff,<br><br>v.<br><br>CITICORP DATA SYSTEMS, INC.<br>    Defendant. | §<br>§<br>§<br>§    CIVIL No. SA-05-CA-0817-OG<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate, and the Court orders, that all claims in the above matter are dismissed with prejudice, with all parties to bear their respective costs and attorneys' fees.

Respectfully submitted,

By: _____
**Jeffrey R. Davis**
Texas State Bar No. 005508350
DAVIS LAW FIRM
(F/K/A MALAISE & DAVIS, L.L.P.)
5710 Northwest Expressway
San Antonio, Texas 78201
Telephone: (210) 734-3599
Telecopier: (210) 734-2730

**ATTORNEY FOR PLAINTIFF,
JEANNIE MARIE O'NEILL**

By: _____
Donna K. McElroy
Texas State Bar No. 13582050
Megan P. Lindberg
Texas State Bar No. 24027596
COX SMITH MATTHEWS INCORPORATED
112 East Pecan, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Telecopier: (210) 226-8395

**ATTORNEYS FOR DEFENDANT,
CITICORP DATA SYSTEMS, INC.**

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1